verdict to the sum of $100,000. Consequently in the interest of justice there should be a new trial before another jury. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

JEAN GOSHIN, Appellant, v. ARNOLD GOSHIN, Respondent.—

Present — Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ.

In the Matter ·of the Estate of EDWARD W. DITMARS, Deceased. JOHN R. DITMARS, JR., as Administrator C. T. A. of EDWARD W. DITMARS, Deceased, Appellant; NATIONAL CITY BANK OF NEW YORK, Respondent.—

No opinion. Present — Nolan, P. J., Johnston, Adel, Sneed and MacCrate, JJ.

CITY OF NEW YORK, Respondent, v. JACKSON-140 REALTY CORPORATION, Appellant.—

No opinion. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

WANDA JANICKA, Respondent, v. JULES MICHAEL, Appellant.—